UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 10 2000

Michael N. Milby, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. C-00-186 |
| | § | |
| ERIC DAVILA | § | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

On or about July 26, 1999, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ERIC DAVILA,

did knowingly and intentionally possess with intent to distribute a controlled substance, that is more than five (5) grams of a mixture or substance containing cocaine base (also known as crack-cocaine), to wit: approximately fifty-three and forty-nine hundredths (53.49) grams of a mixture or substance containing a cocaine base (also known as crack-cocaine), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL:

*Ellen Royce*
FOREPERSON OF THE GRAND JURY

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

By: _____
MARK PATTERSON
Assistant United States Attorney