## Regional Drug Testing Laboratory

727 E. Cesar E. Chavez Blvd., Suite B-636
San Antonio, TX 78206
Phone #: 210-244-5462

### Test Result Final Report



Printed on: 12/14/2016 8:12 AM by Ernesto_Ledesma@txsp.uscourts.gov

| | | | |
|---|---|---|---|
| Donor Name: | Davila, Eric | Accession: | 0500057751 |
| PACTS ID#: | 49175 | Division: | Southern District of Texas |
| Collection Date: | 12/08/2016 10:49 AM | Officer: | Ernesto LEDESMA |
| Internal Batch Num: | 396 | Collection Site: | CBOS-CC-USPO |
| | | Test Date: | 12/13/2016 1:56 PM |
| | | Tested By: | Benjamin Moncada |

| Screening Results | | |
|---|---|---|
| Test | Result | Measurement |
| 5021 Cocaine | **Positive** | |
| 5022 Opiates | Negative | |
| 5024 Amphetamines | Negative | |
| 5026 Cannabinoids | Negative | |
| 5001 Creatinine | Normal | 235.0 mg/dL |

Specimen Comment:
Result Comment:

SOUTHERN DISTRICT OF TEXAS
ADMISSION/DENIAL REPORT
POSITIVE URINALYSIS

NAME: Eric Davila

DATE SAMPLE TAKEN:   12/8/2016            PACTS #:        49175

RESULTS OF URINALYSIS -cocaine
POSITIVE FOR:

You are provided with written notice of a positive test result for a urine specimen submitted by you on the date indicated above. Use of prohibited substances (which includes drugs prescribed for someone other than you by a licensed physician) constitutes a violation of your release conditions. Positive test results, whether admitted or denied, are reported to the Court and may result in a court hearing to determine if you are in violation of the conditions of your release. During this hearing you have the right to representation by counsel and an attorney will be appointed for you if you cannot afford one.

I HAVE READ AND UNDERSTAND THIS NOTICE

Initial One:

_E.D._    I admit use of a controlled substance as indicated by the above-reported urine test result.

_____    I deny use of a controlled substance as indicated by the above-reported urine test result.

Initial One:

_E.D_    I understand that if I admit use of a controlled substance, the urine specimen that I have provided will not be retested.

_____    I understand that if I deny use of a controlled substance, the urine specimen that I have submitted will be sent to the laboratory for additional testing.

_[signature]_                                               _[signature]_
Signature of Supervisee                                     Witnessed By

_12/22/16_                                                  _[signature]_ USPO
Date                                                        Title

Comments:
I used cocaine on Dec. 7, 2016



# DISMAS CHARITIES, INC.



Martha Boyd, CCS
727 E. Cesar E. Chavez Blvd. Suite 138B
San Antonio, TX. 78206

December 7, 2016

## Termination Letter

### Demographic Information
Name: Davila, Eric
Register # 91996-079
Age: 36
DOB: 10/31/1980
Transferring: USPO
Arrival Date: 08/16/2016
Release Date: 12/07/2016
Release Method: USPO

ADJUSTMENT: Resident Davila did not adjust well to the Community Corrections Center. He did participate in required classes. Resident Davila failed to adjust to the centers program and rules.

PROGNOSIS: Resident Davila arrived at the center on 08/16/2016; he did not do well in the program, and failed to follow rules and regulations. Resident Davila did obtain employment. He did attend programs at the center. Resident Davila was terminated from the center due to absconding.

•SUGGESTIONS On how resident could have been better prepared for his placement in the CCC/NONE

FINANCES: Resident Davila was able to obtain employment with Super 8 Motel working in housekeeping. He began working on 09/24/2016. He is earning $7.50 an hour. Resident Davila is paid bi- weekly. He remained employed until his termination. Resident Davila was not able to open a savings account due to lack of funds.

RELEASE PLAN: Resident Davila was terminated from the Center. Resident Davila will be released to the United States Probation Office at 1133 North Shoreline #124, Corpus Christi, Texas 78401.

SUMMARY: Resident Davila knew what was expected of him to successfully complete the Dismas Charities program, but failed to adhere to the rules of the center. He did not exhibit a positive attitude. Resident Davila has been cleared from all obligations to Dismas Charities, Inc. and on December 7, 2016, he was terminated from the program.

If we could be of further assistance please feel free to contact us at (361) 881-9888.

Sincerely,

Johnny Saenz,
*Counselor*

Mike Corona,
*Director*

GOVERNMENT EXHIBIT 7

# SUBSTANCE ABUSE DISCHARGE SUMMARY

NAME (Offender): Eric Davila

AGENCY: Charlie's Place

DATE: 12-25-16

1. STAGE OF CHANGE: Pre-Contemplation Stage of Change

2. REASONS FOR TERMINATION (CHECK ONE):

   ☐ SUCCESSFUL DISCHARGE

   ☑ UNSUCCESSFUL DISCHARGE

   ☐ INTERRUPTION OF TREATMENT

VENDOR COMMENTS

EXPLAIN (USE ADDITIONAL PAGES IF NEEDED):

Pt entered Residential Tx on 12/09/16 @ 04:13 PM. Pt reported to his counselor throughout Tx that he had a relapse and went to Federal Probation Officer Ernesto Ledesma 361-693-6536 and told on himself. Pt was subsequently sent here to Charlie's Place for treatment. Although Pt acknowledges that his relapse as his responsibility, he lacks the insight or ability to recognize or identify as an addict/alcoholic. He states, "I don't crave it all the time." Pt recognizes his triggers as that of "being with females." Pt's demeanor and overall attitude while in tx was negative and impacted his peers negatively. On 12/20/16 Pt was sent out of class due to being disruptive; Pt openly

3. RECOMMENDATIONS FOR COMMUNITY BASED AFTERCARE:

Pt's Fed 45 was dated effective 12/09/16 for 45 days of treatment.
Pt was discharged non-compliant on 12/21/16 @ 4:05pm.

Pt lacks insight into the fact that continued use of chemicals will negatively impact his life. Pt does not and cannot identify as addict/alcoholic therefore cannot willingly accept treatment.

_____ CC    12-25-16
Signature of Counselor              Date

Revised: 6/20/12

1 of 2

PAGE 2
49175

# SUBSTANCE ABUSE DISCHARGE SUMMARY

NAME (Offender): Eric Davila

AGENCY: Charlie's Place

DATE: 12-25-16

1. STAGE OF CHANGE: Pre-Contemplation Stage of Change

2. REASONS FOR TERMINATION (CHECK ONE):

   ☐ SUCCESSFUL DISCHARGE

   ☑ UNSUCCESSFUL DISCHARGE

   ☐ INTERRUPTION OF TREATMENT

VENDOR COMMENTS

EXPLAIN (USE ADDITIONAL PAGES IF NEEDED):

challenged Staff in front of all his peers. On 12/20/16, Pt/Counselor put in a call to Fed PO Earnesto A Ledesma 361-693-6536 to inform PO of the situation. Pt was encouraged to stay in tx and do what was asked of him. Pt and PO were informed by Counselor that if Pt had another disruption, he would be discharged Non-compliant. On 12/20/16, during the 8pm AA meeting, Pt was disruptive to the meeting and with Staff about giving him an assignment to do instead of attending the 12Step meeting that evening. Pt was discharged on 12/21/16 @ 4:05pm. Fed PO Earnesto A Ledesma 361-693-6536 was called and informed.

3. RECOMMENDATIONS FOR COMMUNITY BASED AFTERCARE:

Pt's Fed 45 was dated effective 12/09/16 for 45 days of treatment.
Pt was discharged non-compliant on 12/21/16 @ 4:05pm.

Pt lacks insight into the fact that continued use of chemicals will negatively impact his life. Pt does not and cannot identify as addict/alcoholic therefore cannot willingly accept treatment.

_____    12-25-16
Signature of Counselor              Date

2 of 2

Revised: 6/20/12